**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7576

DWIGHT A. RUDISILL,

                    Petitioner - Appellant,

          v.

M TRAVIS BRAGG, Warden,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, Senior
District Judge.  (4:13-cv-01327-CMC)

Submitted:  November 21, 2013      Decided:  November 26, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Alexander Rudisill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Alexander Rudisill, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition and motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rudisill v. Bragg, No. 4:13-cv-01327-CMC (D.S.C. Sept. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2